UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS VAN BANH, | ) | |
| Plaintiff, | ) | Case No. CV 14-03122 AJW |
| v. | ) | |
| | ) | J U D G M E N T |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

August 24, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge