The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DENNIS VAN BANH, | CIVIL NO. CV 14-03122 AJW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND THREE HUNDRED and FIFTY DOLLARS [$3,350.00] as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

November 30, 2015

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE